UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC SCOTT HOLLIDAY, JR.,

    Plaintiff,

v.

STATEBRIDGE COMPANY, LLC and
ORLANS, P.C.,

    Defendants.
_____/

Case No. 24-cv-10534
Honorable Linda V. Parker

### OPINION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (ECF NO. 19)

This matter comes before the Court on Plaintiff's motion to extend the time to file objections to the Magistrate Judge's report and recommendation. (ECF No. 19.) The Court, having reviewed the motion, finds the request for twenty-eight additional days[1] to file objections unjustified considering the vague explanation given by Plaintiff. Plaintiff simply states that his "request is made in good faith, to adequately address the substantive and procedural issues presented, and not for the

---

[1] Plaintiff indicates that he is entitled to twenty-one days to respond to the Magistrate Judge's report and recommendation. (ECF No. 19 at Pg ID 396.) The Court notes that the filing of objections to a report and recommendation is covered under Federal Rule of Civil Procedure 72 and Eastern District of Michigan Local Rule 72.1, each of which provides that a party must file objections within fourteen days of being served with a report and recommendation.

1

purpose of delay." (*Id*. at Pg ID 395.) However, notwithstanding a pro se plaintiff's responsibility to familiarize himself with the Federal Rules of Civil Procedure and the Local Rules of this district, the Court acknowledges the challenges faced by pro se plaintiffs in navigating the legal system, including raising and addressing complex legal arguments.

For these reasons,

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's objections to the Magistrate Judge's report and recommendation must be received by the Court on or before March 24, 2025.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 10, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 10, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager